**STEVEN D. BAUER, ESQ., CSBN 50084**
**ATTORNEY AT LAW**
   **428 J. Street, Suite 350**
   **Sacramento, CA 95814**
   **Telephone:  916.447.8262**

**Attorney for Defendant**
JOSE ANTONIO OJEDA CABADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>               Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOSE ANTONIO OJEDA CABADA,  )<br>  )<br>               Defendant.  )<br>_____) | CASE NO.: 08-CR-0562EJG<br><br>SUBSTITUTION OF COUNSEL & ORDER |

Notice is hereby given that, subject to the approval of the court, JOSE ANTONIO OJEDA CABADA , defendant in the above-entitled matter, and pursuant to Rule 83.182(g) of the Local Rules of the United States District Court for the Eastern District of California, accepts and substitutes appointed counsel, CLARENCE EMMETT MAHLE, CSBN 104069, 901 H St Ste 203, Sacramento, CA 95814 , for STEVEN D. BAUER as attorney of record in the above-captioned case.

Dated: August 15, 2009                           Respectfully submitted,

I accept the above substitution.

Dated: July 15, 2009                                By:  /s/Jose Antonio Ojeda Cabada
                                                                     JOSE ANTONIO OJEDA CABADA
                                                                       Original signature on file

I accept the above substitution.

Dated: August 15, 2009                           STEVEN D. BAUER

                                                     By:   /s/ Steven D. Bauer
                                                              STEVEN D. BAUER

1 | I accept the above substitution.

2 | Dated: August 15, 2009

                                                                                                           CLARENCE EMMETT MAHLE

                                                                                                           By:    /s/ Clarence Emmett Mahle
                                                                                                           CLARENCE EMMETT MAHLE
                                                                                                           Attorney for Defendant
                                                                                                           JOSE ANTONIO OJEDA CABADA

## ORDER

IT IS SO ORDERED.

Dated:   August 19,  2009                           /s/ Edward J. Garcia
                                                               EDWARD J. GARCIA
                                                                UNITED STATES DISTRICT JUDGE