BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
JILL M. THOMAS
Assistant U.S. Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HECTOR OJEDA BARRAZA, ) <br>  aka Leonel Barraza Barraza, ) <br> VICTOR MANUEL MARTINEZ, ) <br> JOSE ANTONIO OJEDA CABADA, ) <br> JOSE GONZALEZ ARIAS; ) <br>  aka Cesar Castro Favela, and ) <br> JESUS ALFONZO BARRAZA BARRAZA,) <br> ) <br> ) <br> Defendants.           ) | CR. No. S-08-0562 EJG <br><br> **ORDER CONCERNING DEFENSE MOTION TO DISCLOSE CONFIDENTIAL INFORMANTS** |

A hearing was held in open court on Friday, September 10, 2010, on the motion of defendant Victor Manuel Martinez to disclose confidential informants. That motion was joined by defendants Hector Ojeda Barraza, Jose Antonio Ojeda Cabada, Jose Gonzalez Aria, and Jesus Alfonzo Barraza Barraza. The government appeared through its attorneys of record. All five defendants appeared at

1

the hearing represented by their attorneys of record[1].

Before the Court was the defense motion to disclose four confidential informants, the timing of any such disclosure, and the material required to be disclosed.  The informants were labeled CS-1 though CS-4 (confidential source one through four) in the memorandum submitted by the parties and the Court adopted this nomenclature.  Prior to the hearing, the Court had reviewed the memoranda submitted by the parties and further heard from each counsel at the hearing as to their positions on the disclosure of the various informants.  The Court noted that the government had submitted a declaration from the Drug Enforcement Administration's case agent outlining the government's position on the potential danger to the safety of the informants.

For the reasons stated on the record in open court, the Court granted the defendant's motion for the disclosure of CS-1. Balancing the interests of the safety of the informant with the need for the defense to prepare for cross-examination (and the timing of when the informant is likely to testify in a multi-week trial), the Court determined that the name of the informant as well as the following  impeachment (Giglio) material shall be turned over to the defense by the Friday before the start of trial (presently scheduled for November 8, 2010):

    1.  Rap Sheet (if CI has a criminal record),

    2.  Information concerning any consideration given the witness (directly or indirectly) including, but not limited to, reduced charges/sentences provided or received in any criminal matter, monetary rewards, or anything else of value which could constitute motivation for the cooperation,

---

[1] Defendant Hector Ojeda Barraza was represented by his newly associated counsel Eugene Salmonsen, Esq.

    3.   Information concerning any prior instances of untruthfulness known to law enforcement agents,

    4.   Information going to any material prior bad acts of the witness known to law enforcement agents,

    5.   Copies of any written plea agreements, contracts or similar agreement setting forth the terms and conditions of the witness' cooperation.

As to CS-2 through CS-4, the motion was denied for the reasons stated in open court and in the government's response to the defendants' motion.

It is so ORDERED.

Dated: September 14, 2010

                                          /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                        Senior U.S. District Judge