```
 1  ROBERT L. FORKNER  (CSB# 166097)
    Law Offices of Robert L. Forkner
 2  722 Thirteenth Street
    Modesto, California 95354
 3  Telephone:  (209)544-0200
    Fax:        (209)544-1860
 4

 5  Attorney for Defendant
    JESUS ALFONZO BARRAZA BARRAZA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO.  2:08-CR-00562 EJG
                                 )
12            Plaintiff,         )  STIPULATION AND ORDER EXTENDING
                                 )  TIME FOR DEFENDANTS' MOTIONS UNDER
13       v.                      )  RULES 29 AND 33
                                 )
14  JESUS ALFONZO BARAZZA BARAZZA,)
    VICTOR MANUEL MARTINEZ,      )
15  JOSE ANTONIO OJEDA CABADA,and )  COURT:  Hon. Edward J. Garcia
    JOSE GONZALEZ ARIAS,         )
16                               )
              Defendants.        )
17  _____)
```

18                          Stipulation

19      The parties, through undersigned counsel, stipulate that time for
20  defendants to file motions pursuant to Rules 29 and 33, and the time
21  for the Court to rule on said motions, may be extended to conform with
22  the following briefing and hearing schedule:
23      Filing of Defendants' Moving Papers: January 28, 2011
24      Tentative Filing of Government's Response: February 2, 2011
25      The Filing of Defendants' Optional Reply Brief and Non-
26  Evidentiary Hearing on Motions to be determined and scheduled at the
27  Status Conference currently scheduled for February 4, 2011.
28

                                  1

1    The justification for the extension of time for the above-stated
2 motions is as follows:
3    1.   The Court conducted in camera hearings regarding the
4         perceptions of certain jurors that a juror had been
5         threatened in connection with her position as a juror in
6         this case.  The Court ordered transcripts of the in camera
7         hearings for the preparation of defense motions. The court
8         ordered that if the transcripts were not received by or
9         before January 1, 2011, the parties may request an
10        additional extension of time.  The transcript was available
11        on January 4, 2011, however, defense counsel did not become
12        aware of its availability until after being advised by the
13        government that they had their copy on January 11, 2011.
14        The transcripts were not received by any of the defense
15        counsels until January 12, 2011 leaving the parties with
16        insufficient time to review, research and prepare their
17        moving paper's before the filing date of January 14, 2011.
18        Therefore, the additional time requested is necessary for
19        counsel preparation.
20   The parties have authorized counsel for Jesus Antonio Barraza
21 Barraza to sign this stipulation on their behalf.
22
23 DATED: January 14, 2011        BENJAMIN WAGNER
                                  United States Attorney
24
                            by   /s/ Robert L. Forkner, for
25                               Richard Bender
                                 Assistant U.S. Attorney
26
27 DATED: January 14, 2011  by   /s/ Robert L. Forkner
                                  ROBERT L. FORKNER
28                                Counsel for JESUS BARRAZA BARRAZA

2

DATED: January 14, 2011     by     /s/ Robert L. Forkner, for
                                   Jay Greiner
                                   Counsel for VICTOR MANUEL MARTINEZ

DATED: January 14, 2011     by     /s/ Robert L. Forkner, for
                                   Michael Chastaine
                                   Counsel for JOSE GONZALEZ ARIAS

DATED: January 14, 2011     by     /s/ Robert L. Forkner, for
                                   Scott N. Cameron
                                   Counsel for JOSE ANTONIO OJEDA CABADA

## Order

Good cause appearing,

The time for the filing and ruling on defendants' motions pursuant to Rules 29 and 33 are extended to January 28, 2011 and further dates are to be scheduled at the Status Conference scheduled on February 4, 2011.

IT IS SO ORDERED.

DATED: January 19, 2011            /s/ Edward J. Garcia
                                   Honorable Edward J. Garcia
                                   Senior United States District Judge