John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JOSE ANTONIO OJEDA CABADA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOSE ANTONIO OJEDA CABADA,<br><br>     Defendant. | No. 2:08-CR-0562-06 WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER**<br><br>Date: January 4, 2016<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

Defendant, JOSE ANTONIO OJEDA CABADA, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to continue the further hearing on defendant's motion to reduce sentence under 18 U.S.C. §3582(c)(2) from December 14 to January 4, 2016 at 9:00 a.m.  The reason for this request is that defense counsel needs additional time to arrange a prison legal call with the defendant to discuss a proposed resolution.

///

///

///

Stipulation and Order Re: Sentence Reduction                                        1

It is so stipulated.

Dated: December 9, 2015                                   Dated:   December 9, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                                                  /s/*John Balazs*
JASON HITT                                                   JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                       Attorney for Defendant
UNITED STATES OF AMERICA                  JOSE ANTONIO OJEDA CABADA

**ORDER**

It is so ordered.

Dated:  December 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE